## HARRIET B. BARNES, Appellant, v. JACOB IMHOFF.

Division One, December 23, 1911.

This cause is decided upon the authority of the case of Butler v. Imhoff, reported at page 584 of this Report.

Appeal from Bollinger Circuit Court.—*Hon. Charles A. Killian,* Judge.

REVERSED AND REMANDED.

*Russell & Deal* for appellant.

*Wilson Cramer* for respondent.

BROWN, C.—The facts in this case are identical with those shown by the record in Butler v. Imhoff, ante, p. 584, with the exception that in this case the land in controversy was misdescribed in the first notice of sheriff's sale. Both cases were submitted together, and as, under the view we have taken and expressed in our opinion in the other case, the differ-

ence  stated could not affect the result, the judgment of the circuit court in this case will be reversed and the case remanded. *Bond, J.,* concurs.

PER CURIAM.—The foregoing opinion of Brown, C., is adopted as the opinion of the court. All the judges concur.